RECORDING REQUESTED BY:
Mortgage Electronic Registration Systems, Inc., solely
as nominee for Amerifirst Financial, Inc.

PREPARED BY AND WHEN
RECORDED MAIL TO:
Pite Duncan, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
(858) 750-7700

APN: 506-41-388

## ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, the undersigned hereby grants, assigns and transfers to GMAC Mortgage, LLC all beneficial interest under that certain Deed of Trust dated November 30, 2007, executed by Michael K. Winks and Angela L. Winks, husband and wife, to First American Title Insurance Company as trustee, for Mortgage Electronic Registration Systems, Inc., solely as nominee for Amerifirst Financial, Inc., as beneficiary, and recorded as Instrument No. 20071282933 on December 5, 2007, in the State of Arizona, Maricopa County Recorder's Office. Together with the money due and to become due thereon with interest, and all rights accrued or to accrue under the instrument secured by the Deed of Trust.

Dated: 12-15-09

Mortgage Electronic Registration Systems, Inc., solely as nominee for Amerifirst Financial, Inc.
By: _____
Its: Jasmine Yamrob, Assistant Secretary

State of Pennsylvania
County of Philadelphia ) ss.

On 12/15/09 before me, Verdine A. Freeman, personally appeared Jasmine Yamrob who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Pennsylvania that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public

(This Area for Official Notary Seal)

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Verdine A. Freeman, Notary Public
City Of Philadelphia, Philadelphia County
My Commission Expires Nov. 16, 2010
Member, Pennsylvania Association of Notaries

EXHIBIT C